UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA., <br><br> Plaintiff <br><br> v. <br><br> FUNDS FROM FIRST REGIONAL BANK ACCOUNT #XXXXX1859 HELD IN THE NAME OF R.K. COMPANY, INC. d/b/a CIGAR CARTEL., TOTALING $105,840.00, MORE OR LESS, AND THE PROCEEDS THEREFROM, et al., <br><br> Defendants. | Case No. C08-0314MJP <br><br> MINUTE ORDER |

The following Minute Order is made and entered on the docket at the direction of the Court, the Honorable Marsha J. Pechman, United States District Judge:

The Court GRANTS Native Wholesale Supply and the United States' combined motion for an extension of time to file reply briefs. (Dkt. No. 56.) The parties are directed to file amended replies within three (3) days of this Minute Order.

DATED this 2nd day of April, 2009.

BRUCE RIFKIN, Clerk
By /s/ Mary Duett,
Deputy Clerk